**Marian Garza**
**Ascension Capital Group**
**P.O. Box 165028**
**Irving, TX 75016**
**(817) 277-2011 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR BMW Bank of North America**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BETTE B LEIBOWITZ | § | CASE NO. 17-12134-MBK-7 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR(S) | § | |

### NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICE

COMES NOW, Ascension Capital Group, bankruptcy servicer for BMW Bank of North America, and files this its Notice of Withdrawal of the Request for Notice filed in the above-styled and numbered case on February 8, 2017.

Respectfully submitted,

/s/ Marian Garza
MARIAN GARZA
ASCENSION CAPITAL GROUP
P.O. BOX 165028
IRVING, TX 75016
(817) 277-2011

BANKRUPTCY SERVICER FOR
BMW Bank of North America

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal of the Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 12th day of May, 2017.

/s/ Marian Garza
Marian Garza

**DEBTOR ATTORNEY:**
Robert C Nisenson
Robert C. Nisenson, LLC
10 Auer Court, Suite E
East Brunswick, NJ 08816

**TRUSTEE:**
Thomas Orr
Trustee of the U.S. Bankruptcy Court
321 High Street
Burlington, NJ 08016